No. 6936.

LOUIS BASSETTI VS. LOUIS CARBOCHE.     PIERRE NOUVET, GARNISHEE.

Where the garnishee answers that he is indebted to the defendant by note, and the evidence shows that he is in no danger of ever being called on to pay it, judgment

will be given against him for the amount of the plaintiff's judgment against the defendant, if not more than the sum thus admitted to be due the latter, or if more, *pro tanto.*

APPEAL from the Fourth District Court of New Orleans. HOUSTON, J.

*Grover* for Plaintiff. *Theard* for Garnishee Appellant.

EGAN, J., delivered the opinion affirming the judgment.